IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE, | No. C-09-03898 EDL |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| BIG NATES BARBEQUE, | |
| Defendant. / | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable William H. Alsup for the purpose of considering whether it is related to the following case: *Malinka Tacuma Wade Moye v. City & County of San Francisco*, C-09-3892 WHA.

**IT IS SO ORDERED.**

Dated: September 25, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge