IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,   No. C-09-03898 EDL

    Plaintiff,   **ORDER**

  v.

BIG NATES BARBEQUE,

    Defendant.
_____/

    On October 22, 2009, the Court issued an order granting Plaintiff's in forma pauperis application, and dismissing Plaintiff's complaint with leave to amend. The Court ordered Plaintiff to file an amended complaint no later than November 6, 2009, and stated that failure to file an amended complaint by that date would result in dismissal with prejudice of this action. The October 22, 2009 Order was served by mail on Plaintiff's address of record. Plaintiff did not file an amended complaint or any other document by November 6, 2009.

    On November 9, 2009, the mail containing the Court's October 22, 2009 Order was returned as undeliverable. See Docket Number 9. It appears that Plaintiff may not have received notice of the Court's Order requiring an amended complaint. Therefore, the Court will give Plaintiff one more opportunity to amend his complaint. For Plaintiff's reference, a copy of the Court's October 22, 2009 Order is attached to this Order. Plaintiff shall file an amended complaint no later than January 11, 2010 or this action will be dismissed with prejudice.

    The Court also notes that Plaintiff has made several other filings in this case that do not appear to be related to this case. On November 10, 2009, Plaintiff filed a brief with supporting documents entitled: "Ex Parte Application for Motion for Permission to File for Reconsideration Material New Facts Emerged. Facts and Law are Significantly Different from Actual Facts or Law.

United States District Court
For the Northern District of California

Plaintiff Could Not Have Known True Facts or Law.  Referral to Pro Bono Project." On November 18, 2009, Plaintiff filed a brief with supporting documents entitled: "Ex Parte Application for Motion to Alter or Amend Judgment To Plaintiff Discription [sic] of Civil Violations Stating Where, Whom, How, Why & What Events Occurred Giving Rise to Claim under Title 18 U.S.C. Sections 241, 242, 245.  Intentional Tort Federal Rule 59 & 50, Statement of Facts Setting Forth Alleged Basis for Claim, Success in Showing Federal Jurisdiction & Arguable Basis in Law and Fact. Mandatory Statement of Claim, Comprehensive Statement for Basis of Claim & Federal Subject Matter.  Referaal [sic] into Federal pro Bono Project." On November 25, 2009, Plaintiff filed a brief with supporting documents entitled: "Ex Parte Application Notice of Malinka Tacuma Wade Moye Wade Moye [sic] in Support of Application Motion for Pretrial Conference."  It appears that these documents may have been filed in the wrong case.  First, these documents have the caption, <u>Malinka Tacuma Wade Moye v. Nate Thurmond</u>, but the caption of this case is: <u>Malinka Tacuma Wade Moye v. Big Nate's Barbeque</u>.  Second, Plaintiff put Judge Alsup's initials after the case numbers on these documents, and the case number on the November 25, 2009 filing does not match this Court's case number.  Third, the documents purport to set hearings on Judge Alsup's calendar.  Fourth, at least the November 10 and 25, 2009 filings do not appear to involve the facts of the case before this Court.  Accordingly, also no later than January 11, 2010, Plaintiff shall file a statement explaining how these filings are related to the case before this Court and what specific relief Plaintiff seeks from this Court.  If the filing are not related to this case, Plaintiff shall file a notice withdrawing them no later than January 11, 2010.

**IT IS SO ORDERED.**

Dated: December 16, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge